UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIXIAO SUN,<br><br>                                   Plaintiff,<br><br>          v.<br><br>ALBERTO GONZALES, U.S. Attorney General; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; and ROBERT MUELLER, III, Director, Federal Bureau of Investigation,<br><br>                                  Defendants. | Civil No.   07cv0009-LAB (POR)<br><br>**ORDER SCHEDULING PRE-ANSWER EARLY NEUTRAL EVALUATION** |

      The Court finds good cause to set a Pre-Answer Early Neutral Evaluation of your case.  The Pre-Answer Early Neutral Evaluation shall be held on **August 27, 2007** at **3:30 p.m.** in the Chambers of the Honorable Louisa S. Porter, United States Magistrate Judge, First Floor, 940 Front Street, San Diego, California  92101.

      Pursuant to Rule 16.1(c) of the Local Rules of the United States District Court for the Southern District of California, *all counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person</u> at the conference,* shall be prepared to discuss the claims and defenses, and shall be legally and factually prepared to discuss and resolve the case at the Pre-Answer Early Neutral Evaluation Conference.  The parties must be prepared to present demands and offers of settlement.  Counsel for any non-English speaking parties is responsible for arranging for the appearance of an interpreter at the conference.  *Failure of required counsel and parties to appear <u>in person</u> will be cause for the imposition of sanctions.*  All

1 | conference discussions will be informal, off the record, privileged, and confidential.

2 | *It shall be the duty of Plaintiff's counsel to serve a copy of this order on all Defendants.*
3 | *Plaintiff's counsel shall also give notice of the Pre-Answer Early Neutral Evaluation Conference to*
4 | *parties responding to the complaint after the date of this notice.*

5 | Early Neutral Evaluation Conferences shall be rescheduled only upon a showing of good
6 | cause and adequate notice to the Court. If counsel wish to reschedule this conference, they shall
7 | contact the Court at least seven days prior to the conference. Absent exceptional circumstances, the
8 | Court will not reschedule this conference with less than seven days notice. *Only in extreme*
9 | *circumstances will the Court reschedule this conference with less than 24 hours notice.*

10 | Questions regarding this case may be directed to Judge Porter's law clerk, Emily T. Patajo, at
11 | (619) 557-5383.

13 | DATED: August 7, 2007

15 | LOUISA S PORTER
United States Magistrate Judge

17 | cc: The Honorable Larry Alan Burns
All parties