UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| YIXIAO SUN,<br><br>                    Plaintiff,<br><br>         v.<br><br>ALBERTO GONZALES, U.S. Attorney General; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; and ROBERT MUELLER, III, Director, Federal Bureau of Investigation,<br><br>                    Defendants. | Civil No.   07cv0009-LAB (POR)<br><br>**ORDER SETTING SETTLEMENT CONFERENCE** |
|---|---|

On August 27, 2007, the Court held a Pre-Answer Early Neutral Evaluation Conference. Megan Callan and Caroline Clark appeared on behalf of Defendants and Plaintiff Yixiao Sun and his wife Yan Li appeared pro se. After discussing the case with counsel and Plaintiff, the Court sets a *telephonic* settlement conference on **September 19, 2007 at 11:00 a.m.** Megan Callan shall arrange and coordinate the conference call.

DATED: August 28, 2007

_____
LOUISA S PORTER
United States Magistrate Judge