|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |
| 3  |    |    |
| 4  |    |    |
| 5  |    |    |
| 6  |    |    |
| 7  |    |    |
| 8  | **UNITED STATES DISTRICT COURT** | |
| 9  | **SOUTHERN DISTRICT OF CALIFORNIA** | |
| 10 | | |
| 11 | YIXIAO SUN, | CASE NO. 07CV0009-LAB (POR) [Consolidated w/07cv1318] |
| 12 | Plaintiff, | |
| 13 | vs. | **ORDER OF CONSOLIDATION** |
| 14 | MICHAEL CHERTOFF, Secretary of the Department of Homeland Secretary; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; ROBERT MUELLER, Director Federal Bureau of Investigation, | |
| 15 | | |
| 16 | | |
| 17 | Defendants. | |
| 18 | _____ | |
| 19 | YAN LI, Pro Se; YIXIAO SUN, Pro Se, | |
| 20 | Plaintiffs, | |
| 21 | vs. | |
| 22 | ROBERT MUELLER, Director Federal Bureau of Investigation; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director U.S. Citizenship and Immigration Services; | |
| 23 | | |
| 24 | | |
| 25 | Defendants. | |
| 26 | | |
| 27 | / / / | |
| 28 | / / / | |

On September 5, 2007, the Court ordered the parties to show cause, within seven days, why these related cases should not be consolidated. No party has shown cause or attempted to do so. Therefore, these cases are hereby **ORDERED** to be consolidated for all purposes. All filings shall henceforth be docketed in the docket of the low-numbered case, 07CV009 LAB (POR) and the caption of filings shall reflect the consolidated character of these actions.

**IT IS SO ORDERED**.

DATED: September 24, 2007

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge