1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**
9                         **SOUTHERN DISTRICT OF CALIFORNIA**
10
11   YIXIAO SUN,                                    CASE NO. 07CV0009-LAB (POR)
12                                  Plaintiff,       **ORDER DISMISSING**
                   vs.                              **CONSOLIDATED ACTION**
13   MICHAEL CHERTOFF, Secretary of the
14   Department of Homeland Secretary;
     EMILIO T. GONZALEZ, Director of U.S.
15   Citizenship and Immigration Services;
     ROBERT MUELLER, Director Federal
16   Bureau of Investigation,
17                                 Defendants.
18

19        The  parties  have  jointly  moved  to  dismiss  the  complaint  as  moot  following  the

20   approval of Plaintiffs' I-485 applications.  The complaint is therefore **DISMISSED AS MOOT**

21   and all pending motions are **DENIED AS MOOT**.  The parties shall bear their own attorneys'

22   fees and costs of suit.

23        **IT IS SO ORDERED**.

24   DATED:  January 14, 2008

25

26                                         **HONORABLE LARRY ALAN BURNS**
                                            United States District Judge
27

28

07CV0009